```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**LEONARD G. PAIGE,**

      Plaintiff,

    vs.                              Civil Action 2:12-cv-764
                                            Judge Frost
                                            Magistrate Judge King

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER**
**OF SOCIAL SECURITY,**

      Defendant.

## REPORT AND RECOMMENDATION

        The parties have jointly stipulated that the matter be remanded to the Commissioner pursuant to Sentence 4 of 42 U.S.C. § 405(g). Doc. No. 11.

        It is **RECOMMENDED** that the joint motion to remand, Doc. No. 11, be granted and that the action be remanded to the Commissioner, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.

        If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

        The parties are specifically advised that failure to object

to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

                                      *s/Norah McCann King*
                                      Norah M$^c$Cann King
                             United States Magistrate Judge

March 21, 2013