```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**LEONARD G. PAIGE,**

    Plaintiff,

  vs.                          **Civil Action 2:12-cv-764**
                                  **Judge Frost**
                                  **Magistrate Judge King**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER**
**OF SOCIAL SECURITY,**

    Defendant.


## ORDER

On March 21, 2013, the United States Magistrate Judge recommended that the parties' joint stipulation to remand the action be granted. *Report and Recommendation*, Doc. No. 12. There has been no objection to that recommendation. The *Report and Recommendation*, Doc. No. 12, is **ADOPTED AND AFIRMED**. The joint motion to remand, Doc. No. 11, is **GRANTED**. This action is **REMANDED** to the Commissioner, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.

The Clerk shall enter **FINAL JUDGMENT** in this case.

                                                  /s/   Gregory L. Frost
                                                      Gregory L. Frost
                                              United States District Judge