**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**LEONARD G. PAIGE,**

      **Plaintiff,**


     **vs.**                      **Civil Action 2:12-cv-764**
                                             **Judge Frost**
                                             **Magistrate Judge King**


**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER**
**OF SOCIAL SECURITY,**

      **Defendant.**


<u>**ORDER**</u>

On March 21, 2013, the United States Magistrate Judge recommended that the parties' joint stipulation to remand the action be granted. *Report and Recommendation*, Doc. No. 12. There has been no objection to that recommendation. The *Report and Recommendation*, Doc. No. 12, is **ADOPTED AND AFIRMED**. The joint motion to remand, Doc. No. 11, is **GRANTED**. This action is **REMANDED** to the Commissioner, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.

The Clerk shall enter **FINAL JUDGMENT** in this case.


                                       /s/   Gregory L. Frost
                                           Gregory L. Frost
                             United States District Judge