```
                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

**LEONARD G. PAIGE,**

      **Plaintiff,**

    **vs.**                                 **Civil Action 2:12-cv-764**
                                                   **Judge Frost**
                                                   **Magistrate Judge King**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER**
**OF SOCIAL SECURITY,**

      **Defendant.**

<u>**REPORT AND RECOMMENDATION**</u>

        Plaintiff filed a motion for an award of attorney's fees, Doc. No. 15, and the parties have stipulated to an award of attorney fees in the amount of $2,730.05 under the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $369.95, for a total of $3,100.00.  *Joint Stipulation to Award Attorney's Fees under the Equal Access to Justice Act*, Doc. No. 16.

        It is **RECOMMENDED** that plaintiff's motion for an award of attorney's fees, Doc. No. 15, be granted consistent with the parties' stipulation, Doc. No. 16.  It is **SPECIFICALLY RECOMMENDED** that plaintiff be awarded an attorney's fee in the amount of $2,730.05 under the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $369.95, for a total of $3,100.00.

        If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and*

*Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation.* See *Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

                                                 *s/Norah McCann King*
                                                 Norah M$^{c}$Cann King
                                              United States Magistrate Judge

May 30, 2013