UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LEONARD G. PAIGE,**

    Plaintiff,

    v.

**CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY,**

    Defendant.

Case No. 2:12-cv-764
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

### ORDER

This matter is before the Court for consideration of the United States Magistrate Judge's May 30, 2013 Report and Recommendation. (ECF No. 17.) The Magistrate Judge recommended that the Court grant Plaintiff's motion for an award of attorney's fees (ECF No. 15) consistent with the parties' stipulation (ECF No. 16).

The Report and Recommendation specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in "waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*." (ECF No. 17, at PAGEID # 638.) The time period for filing objections to the Report and Recommendation has expired, and no party has objected to the Report and Recommendation.

This Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the

1

Report and Recommendation.  (ECF No. 17.)  Accordingly, the Court **GRANTS** Plaintiff's motion for an award of attorney's fees (ECF No. 15) and **AWARDS** attorney's fees in the amount of $2,730.05 and costs in the amount of $369.95, for a total of $3,100.00.

    **IT IS SO ORDERED.**

      /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE